**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: RONALD WILSON AND KATIE WILSON** | **Case No.: 23-11908**<br>**CHAPTER 13** |
| **PROGRESSIVE SECURITY INSURANCE COMPANY AND NARINDER M. GUPTA**<br>**Plaintiffs,**<br><br>**Versus**<br><br>**RONALD WILSON AND KATIE WILSON**<br>**Defendants** | **ADV. PROC. NO.** |

**COMPLAINT FOR DECLARATORY JUDGMENT AND INJUNCTIVE RELIEF**

**NOW INTO COURT**, through undersigned counsel, come Progressive Security Insurance Company ("Progressive") and Narinder M. Gupta, who respectfully submit:

1.

Made defendants herein are Ronald Wilson and Katie Wilson, persons of the full age of majority and debtors in the above-captioned Chapter 13 bankruptcy proceed pending before this Court.

2.

This Court has subject matter jurisdiction over this Complaint pursuant to 28 U.S.C. § 1334.

3.

This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2)(A) and 28 U.S.C. § 157(b)(2)(O).

4.

Venue is proper in this Court pursuant to 28 U.S.C. § 1409(a).

5.

On April 8, 2022, Ronald Wilson allegedly sustained personal injuries as a result of a motor vehicle accident occurring on Magazine Street in the Parish of Orleans, state of Louisiana, and involving Narinder Gupta.[1]

6.

On April 4, 2023, Ronald and Katie Wilson filed a Petition for Damages in the Civil District Court, Parish of Orleans, State of Louisiana against Progressive Security Insurance Company and Narinder Gupta, among others, seeking damages for personal injuries, property damages, and other damages to plaintiffs, including mental and physical pain and suffering, physical disability, medical expenses, and loss of enjoyment of life.[2]

7.

Mr. Wilson treated with medical professionals for injuries allegedly sustained as a result of the motor vehicle accident after Mr. Wilson filed his Petition for Damages, but before filing for Chapter 13 bankruptcy.

8.

On November 1, 2023, Ronald and Katie Wilson filed for relief under Chapter 13 of the United States Bankruptcy Code.[3] The Wilsons' Original Plan was entered on the same day.[4]

9.

The Wilsons submitted an Official Form 107: Statement of Financial Affairs, for

---

[1] *See* Exhibit 1 – Wilsons' State Court Petition for Damages.
[2] *Id.*
[3] *See* Exhibit 2 – Wilsons' Original Chapter 13 Petition (R. Doc. 1).
[4] *See* Exhibit 3 – Wilsons' Original Chapter 13 Plan (R. Doc. 16).

Individuals Filing for Bankruptcy with their original Chapter 13 Petition.[5]

10.

In the Wilsons' Statement of Financial Affairs, Mr. and Mrs. Wilson signed and declared: "I have read the answers on this Statement of Financial Affairs and I declare under penalty of perjury that the answers are true and correct."[6]

11.

In Mr. and Mrs. Wilsons' original Chapter 13 Bankruptcy Petition, the Wilsons signed and affirmed: "I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both."[7]

12.

The Wilsons' Statement of Financial Affairs required the Wilsons to disclose whether, "[w]ithin 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding? List all such matters, including personal injury cases."[8]

13.

The Wilsons did not disclose that they filed a personal injury suit on April 4, 2023 against Progressive Security Insurance Company and Narinder Gupta in their Statement of Financial Affairs.[9]

14.

On February 5, 2024, the Wilsons filed their First Amended Chapter 13 Plan.[10]

---

[5] *See* Exhibit 2 (R. Doc. 1 at 11-16).
[6] *Id.* (R. Doc. 1 at 16).
[7] *Id.*
[8] *Id.* (R. Doc. 1 at 12).
[9] *Id.*
[10] *See* Exhibit 4 – Wilsons' First Amended Chapter 13 Plan (R. Doc. 37).

15.

The Wilsons' did not disclose their lawsuit against Progressive Security Insurance Company and Narinder Gupta in their First Amended Chapter 13 Plan.[11]

16.

On August 1, 2024, the Wilsons filed their Second Amended Chapter 13 Plan.[12]

17.

The Wilsons' did not disclose their lawsuit against Progressive Security Insurance Company and Narinder Gupta in their Second Amended Chapter 13 Plan.[13]

18.

On August 19, 2024, the Bankruptcy Court issued an Order Confirming the Wilsons' Chapter 13 Plan.[14]

19.

The Wilsons never disclosed their lawsuit against Progressive Security Insurance Company and Narinder Gupta in any of their bankruptcy pleadings.[15]

20.

On May 1, 2024, Ronald Wilson was deposed in his state court lawsuit. Mr. Wilson denied ever filing for bankruptcy.[16]

21.

On July 7, 2023, Ronald Wilson responded to Interrogatories propounded by Progressive Security Insurance Company and Narinder Gupta. In those responses, Plaintiff denied ever filing

---

[11] *Id.*
[12] *See* Exhibit 5 – Wilsons' Second Amended Chapter 13 Plan (R. Doc. 67).
[13] *Id.*
[14] *See* Exhibit 6 – Order Confirming Chapter 13 Plan (R. Doc. 71).
[15] *See* Exhibits 2-5.
[16] *See* Exhibit 7 – Ronald Wilson's State Court Deposition, at page 16, lines 21-23. (Q: "You ever filed for bankruptcy personally?" A: "No.")

for bankruptcy.[17]

22.

Pursuant to Louisiana Code of Civil Procedure art. 1428, "[a] party is under a duty to seasonably amend a prior response if he obtains information upon the basis of which he knows that the response was incorrect when made, or he knows that the response though correct when made is no longer true and the circumstances are such that a failure to amend the response is in substance a knowing concealment."

23.

Ronald Wilson, as of the date of this filing, has not amended his prior discovery response or supplemented his prior discovery response to disclose the filing of the Chapter 13 Bankruptcy.

24.

The Wilsons were obligated to disclose their pre-Chapter 13 personal injury lawsuit against Progressive Security Insurance Company and Narinder Gupta in their Chapter 13 bankruptcy pleadings. *See, e.g.*, *In re Flugence*, 738 F.3d 126 (5th Cir. 2013); *Lejeune v. Turner Industries Grp., LLC*, No. 11-1238, 2012 WL 1118631 (E.D. La. Apr. 3, 2012); *Cargo v. Kansas City S. Ry. Co.*, 408 B.R. 631 (W.D. La. 2009).

25.

Progressive Security Insurance Company and Narinder Gupta contend that Ronald Wilson and Katie Wilson are judicially estopped from prosecuting their personal injury suit in state court.

26.

Progressive Security Insurance Company and Narinder Gupta seek a Declaratory Judgment from this Honorable Court that Ronald Wilson's and Katie Wilson's state court personal injury

[17] *See* Exhibit 8 – Ronald Wilson's Discovery Responses, Interrogatory nos. 26-27.

lawsuit against Progressive Security Insurance Company and Narinder Gupta is to be dismissed, with prejudice, under the doctrine of judicial estoppel in accordance with the applicable law. *See, e.g.*, *In re Flugence*, 738 F.3d 126 (5th Cir. 2013); *Lejeune v. Turner Industries Grp., LLC*, No. 11-1238, 2012 WL 1118631 (E.D. La. Apr. 3, 2012); *Cargo v. Kansas City S. Ry. Co.*, 408 B.R. 631 (W.D. La. 2009).

27.

Progressive Security Insurance Company and Narinder Gupta also seek an Order from this Court that Ronald Wilson and Katie Wilson are enjoined from proceeding with their state court lawsuit against Progressive Security Insurance Company and Narinder Gupta: *Ronald Wilson and Katie Wilson v. Progressive Security Insurance Company, et al.*, No. 2023-02971, Section "E-7", Civil District Court, Parish of Orleans, State of Louisiana.

**WHEREFORE**, Progressive Security Insurance Company and Narinder Gupta pray that, after due proceedings are had, a declaratory judgment is entered in their favor and against Ronald Wilson and Katie Wilson, declaring that Ronald Wilson and Katie Wilson are judicially estopped from prosecuting their state court lawsuit against Progressive Security Insurance Company and Narinder Gupta, and that Ronald Wilson's and Katie Wilson's alleged state court claims are dismissed, *with prejudice*.

Respectfully submitted,

DARRIN L. FORTE, Bar No. 26885
RYAN E. BERGERON, Bar No. 40276
KIERON L. OLIVER, Bar No. 40476
GARRISON, YOUNT, FORTE & MULCAHY, LLC
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112
Telephone: (504) 527-0680
Facsimile: (504) 527-0686
dforte@garrisonyount.com

rbergeron@garrisonyount.com
*Attorneys for Progressive Security Insurance Company and Narinder Gupta*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of October, 2024, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all known counsel of record by operation of the court's electronic system and by depositing same in the United States Mail, postage prepaid, and/or facsimile and/or e-mail transmission of this date. I further affirm that a copy of the foregoing has been provided to Ronald Wilson's and Katie Wilson's personal injury lawyer, Joseph Barbie, and Ronald Wilson's and Katie Wilson's bankruptcy lawyer, Sean Reichert, and the Bankruptcy Trustee, S.J. Beaulieu, Jr., via e-mail and certified mail.

RYAN E. BERGERON, Bar No. 40276